UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00272-FDW-DSC

| ELISHEVIA GRAHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PAPA JOHN'S USA, INC. and PAPA JOHN'S STORE #1580, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 10). The Court finds the terms of the Motion proper and GRANTS Plaintiff's Motion to Dismiss (Doc. No. 10) without prejudice pursuant to Rule 41(a)(2). The Clerk is respectfully directed to TERMINATE all pending motions (Docs. Nos. 5, 6, 9) and CLOSE THE CASE.

IT IS SO ORDERED.

Signed: June 11, 2014

Frank D. Whitney
Chief United States District Judge